UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-80172-CR-RUIZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDER MIGUEL GONCALVES ESTEVES,

    Defendant.
_____/

### **DEFENDANT ESTEVES' MOTION FOR A DOWNWARD VARIANCE**

    Defendant, Alexandre Miguel Goncalves Esteves, through undersigned counsel, moves this Court to consider a downward variance, based on the following:

    1.  Defendant does not object to the calculation of the offense level but notes that the Government has indicated that pursuant to its obligations under the plea agreement it will be recommending a sentence within the guideline range recommended by the parties, i.e., 18 to 24 months.

    2.  In regard to this Court's consideration of a downward variance, the defense initially notes that Mr. Esteves not only has zero criminal history points, he has no prior involvement with the criminal justice system whatsoever.  He qualifies as a "non-violent first offender" as defined under Application Note 4 to §5C1.1.  That application note instructs that the Court should consider imposing a sentence other than a sentence of imprisonment where the defendant falls within zone A or B of the

1

Sentencing Table. Although Mr. Esteves does not fall within those zones, the rationale behind Application Note 4 should apply so as to encourage this Court to impose a downward variance for this non-violent first offender. In fact, studies by the United States Sentencing Commission indicate that individuals with no prior convictions or arrests are most likely not to recidivate. *See Recidivism and The "First Offender" (2004) and Recidivism Among Federal Offenders: A Comprehensive Overview (2016).*

3. Similarly, those same studies by the United States Sentencing Commission reveal that individuals of Mr. Esteves age, background and education are less likely to. *Id.*

4. In addition, the circumstances that gave rise to this offense stemmed from a consensual relationship that began when a fellow employee in his employer's human resources department kindly agreed to assist Mr. Esteves in obtaining medical care for a severe heart condition. Mr. Esteves became very detached to her and did not properly handle her decision to withdraw from the relationship. The time he has now spent in jail will hammer home that he must accept her decision.

5. Lastly, due to his not having legal status in this country, Mr. Esteves has had to endure difficult incarceration in various county jails. He has had a number of hospital visits stemming from his health issues. Any post-sentencing incarceration will be served behind bars in that he is ineligible for a prison camp due to his immigration status. Thus, his incarceration is much more severe than that of

a first-time offender who is released on bond pending sentencing and is then afforded self-surrender to a prison camp.

WHEREFORE, Defendant requests that this Court consider a downward variance.

                                          Respectfully submitted,

                                          MICHAEL CARUSO
                                          FEDERAL PUBLIC DEFENDER

                                          By: *s/Robert E. Adler*
                                          Robert E. Adler
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Florida Bar No. 259942
                                          450 S Australian Avenue, Suite 500
                                          West Palm Beach, Florida 33401
                                          (561) 833-6288 - Telephone
                                          robert_adler@fd.org – Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/*Robert E. Adler*
                                          Robert E. Adler