UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-CR-80172-RUIZ**

Magistrate Judge Bruce E. Reinhart

UNITED STATES OF AMERICA,

vs.

ALEXANDRE MIGUEL GONCALVES ESTEVES,

    Defendant.

_____/

## MOTION TO CANCEL RESTITUTION HEARING

After consultation with the victim, the United States hereby notifies the Court that the victim no longer wishes to pursue restitution against the defendant, Alexandre Miguel Goncalves Esteves. Accordingly, the United States respectfully moves for this Court to cancel the pending restitution hearing that is presently scheduled for April 20, 2020, because the matter is now moot.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/*Anthony W. Lacosta*
    Anthony W. Lacosta
    Assistant United States Attorney
    Court No. A5500698
    500 S. Australian Avenue
    West Palm Beach, FL  33401
    Ph:  (561) 209-1015
    Email:  Anthony.Lacosta@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 31, 2020, a copy of this pleading was filed electronically with the Court.

s/ *Anthony W. Lacosta*
Anthony W. Lacosta
Assistant United States Attorney
